UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **BENDER, ROBERT J** | ) | Bankruptcy Case No. 12-50287 |
| **BENDER, MARIE A** | ) | |
| | ) | |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 9, 2016, I served by prepaid first class mail or via electronic service a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Jeffrey Snell
United States Trustee's Office
219 S. Dearborn Street
Room 873
Chicago, IL 60604

JAY L DAHL
LAW OFFICES OF JAY L. DAHL LTD
P. O. BOX 187
Geneva, IL 60134

**VIA REGULAR MAIL**

Robert and Marie Bender
841 N. FOREST AVENUE
BATAVIA, IL 60510

RSM US LLP
5155 Paysphere Circle
Chicago, IL 60674

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

WORLD'S FOREMOST BANK
CABELA'S CLUB VISA
PO BOX 82609
LINCOLN, NE 68501-2609

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, TRUSTEE, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000