**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: BENDER, ROBERT J § Case No. 12-50287
BENDER, MARIE A §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $298,630.00          Assets Exempt: $84,744.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $15,963.14     Claims Discharged
                                                 Without Payment: $0.00

Total Expenses of Administration: $13,298.93

3) Total gross receipts of $ 304,868.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 275,606.43 (see **Exhibit 2**), yielded net receipts of $29,262.07 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 13,298.93 | 13,298.93 | 13,298.93 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 15,963.14 | 15,963.14 | 15,963.14 |
| **TOTAL DISBURSEMENTS** | $0.00 | $29,262.07 | $29,262.07 | $29,262.07 |

4) This case was originally filed under Chapter 7 on December 26, 2012. The case was pending for 47 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/16/2016         By: /s/THOMAS E. SPRINGER, TRUSTEE
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Contingent and/or Non-contingetn Interest in the | 1249-000 | 304,868.50 |
| **TOTAL GROSS RECEIPTS** | | **$304,868.50** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BENDER, ROBERT J | Dividend paid 100.00% on $275,606.43; Claim# SURPLUS; Filed: $275,606.43; Reference: | 8200-002 | 0.00 |
| Robert J. Bender and Marie A. Bender | Dividend paid 100.00% on $275,606.43; Claim# SURPLUS; Filed: $275,606.43; Reference: | 8200-002 | 275,606.43 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$275,606.43** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 3,676.21 | 3,676.21 | 3,676.21 |
| THOMAS E. SPRINGER, TRUSTEE | 2200-000 | N/A | 3.90 | 3.90 | 3.90 |
| SPRINGER BROWN, LLC | 3110-000 | N/A | 6,680.50 | 6,680.50 | 6,680.50 |
| SPRINGER BROWN, LLC | 3120-000 | N/A | 40.40 | 40.40 | 40.40 |
| RSM US LLP | 3410-000 | N/A | 920.50 | 920.50 | 920.50 |
| Rabobank, N.A. | 2600-000 | N/A | 233.23 | 233.23 | 233.23 |
| Rabobank, N.A. | 2600-000 | N/A | 422.40 | 422.40 | 422.40 |
| Rabobank, N.A. | 2600-000 | N/A | 421.82 | 421.82 | 421.82 |
| Rabobank, N.A. | 2600-000 | N/A | 479.40 | 479.40 | 479.40 |
| Rabobank, N.A. | 2600-000 | N/A | 420.57 | 420.57 | 420.57 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $13,298.93 | $13,298.93 | $13,298.93 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 5,215.50 | 5,215.50 | 5,215.50 |
| 1I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 29.00 | 29.00 | 29.00 |
| 2 | Capital One, N.A. | 7100-000 | N/A | 161.45 | 161.45 | 161.45 |
| 2I | Capital One, N.A. | 7990-000 | N/A | 0.90 | 0.90 | 0.90 |
| 3 | WORLD'S FOREMOST BANK | 7100-000 | N/A | 10,497.92 | 10,497.92 | 10,497.92 |
| 3I | WORLD'S FOREMOST BANK | 7990-000 | N/A | 58.37 | 58.37 | 58.37 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$0.00** | **$15,963.14** | **$15,963.14** | **$15,963.14** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-50287  
**Case Name:** BENDER, ROBERT J  
BENDER, MARIE A  
**Period Ending:** 12/16/16

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 12/26/12 (f)  
**§341(a) Meeting Date:** 02/04/13  
**Claims Bar Date:** 03/08/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single family residence located at 841 N. Forest | 246,044.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account located at Chase Bank | 1,742.00 | 0.00 | | 0.00 | FA |
| 4 | Savings account located at Chase Bank | 0.00 | 0.00 | | 0.00 | FA |
| 5 | 6 rooms household goods, furnishings and fixture | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing apparel<br>Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 7 | American Funds Educational IRA $50 per month, $500 total paid in for 2012 | 6,738.00 | 0.00 | | 0.00 | FA |
| 8 | Illinois Municipal Retirement Fund, Defined benefit plan | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Universal Health Services, Inc., Retirement Savings plan | 30,500.00 | 0.00 | | 0.00 | FA |
| 10 | IRA, Harris Bank BMO | 5,606.00 | 0.00 | | 0.00 | FA |
| 11 | Tri County Counseling Service, PC, 50 shares Close corporation no par value | 1,500.00 | 0.00 | | 0.00 | FA |
| 12 | Series E government savings bonds | 1,000.00 | 0.00 | | 0.00 | FA |
| 13 | 2002 Oldsmobile Bravada | 2,500.00 | 0.00 | | 0.00 | FA |
| 14 | 1998 Pontiac Grand Am | 1,000.00 | 0.00 | | 0.00 | FA |
| 15 | Contingent and/or Non-contingetn Interest in the (u) Estate of June F. Perfect, Deceased<br>Listed on Debtor's Amended Schedules | Unknown | 304,868.49 | | 304,868.50 | FA |
| 15 | **Assets Totals** (Excluding unknown values) | **$298,630.00** | **$304,868.49** | | **$304,868.50** | **$0.00** |

**Major Activities Affecting Case Closing:**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-50287  
**Case Name:** BENDER, ROBERT J  
               BENDER, MARIE A  
**Period Ending:** 12/16/16

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 12/26/12 (f)  
**§341(a) Meeting Date:** 02/04/13  
**Claims Bar Date:** 03/08/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** August 9, 2016      **Current Projected Date Of Final Report (TFR):** August 9, 2016 (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-50287  
**Case Name:** BENDER, ROBERT J  
BENDER, MARIE A  
**Taxpayer ID #:** **-***8891  
**Period Ending:** 12/16/16  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****546366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/15/16 | {15} | Kaiser Law | Settlement Pursuant to Order | 1249-000 | 304,868.50 | | 304,868.50 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 233.23 | 304,635.27 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 422.40 | 304,212.87 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 421.82 | 303,791.05 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 479.40 | 303,311.65 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 420.57 | 302,891.08 |
| 10/07/16 | 101 | RSM US LLP | Dividend paid 100.00% on $920.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 920.50 | 301,970.58 |
| 10/07/16 | 102 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $6,680.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 6,680.50 | 295,290.08 |
| 10/07/16 | 103 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $40.40, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 40.40 | 295,249.68 |
| 10/07/16 | 104 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $5,215.50; Claim# 1; Filed: $5,215.50; Reference: | 7100-000 | | 5,215.50 | 290,034.18 |
| 10/07/16 | 105 | Capital One, N.A. | Dividend paid 100.00% on $161.45; Claim# 2; Filed: $161.45; Reference: | 7100-000 | | 161.45 | 289,872.73 |
| 10/07/16 | 106 | WORLD'S FOREMOST BANK | Dividend paid 100.00% on $10,497.92; Claim# 3; Filed: $10,497.92; Reference: | 7100-000 | | 10,497.92 | 279,374.81 |
| 10/07/16 | 107 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $29.00; Claim# 1I; Filed: $29.00; Reference:<br>Voided on 10/07/16 | 7990-000 | | 29.00 | 279,345.81 |
| 10/07/16 | 107 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $29.00; Claim# 1I; Filed: $29.00; Reference:<br>Voided: check issued on 10/07/16 | 7990-000 | | -29.00 | 279,374.81 |
| 10/07/16 | 108 | WORLD'S FOREMOST BANK | Dividend paid 100.00% on $58.37; Claim# 3I; Filed: $58.37; Reference: | 7990-000 | | 58.37 | 279,316.44 |
| 10/07/16 | 109 | BENDER, ROBERT J | Dividend paid 100.00% on $275,606.43; Claim# SURPLUS; Filed: $275,606.43; Reference:<br>Voided on 10/12/16 | 8200-002 | | 275,606.43 | 3,710.01 |
| 10/07/16 | 110 | THOMAS E. SPRINGER, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 3,680.11 | 29.90 |
| | | | Dividend paid 100.00% on $3,676.21; Claim# ; Filed: $3,676.21 | 2100-000 | 3,676.21 | | 29.90 |
| | | | Dividend paid 100.00% on $3.90; Claim# ; Filed: | 2200-000 | 3.90 | | 29.90 |

Subtotals : $304,868.50   $304,838.60

{} Asset reference(s)                                                                                                                                   Printed: 12/16/2016 01:27 PM    V.13.28

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-50287  
**Case Name:** BENDER, ROBERT J  
BENDER, MARIE A  
**Taxpayer ID #:** **-***8891  
**Period Ending:** 12/16/16

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****546366 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | $3.90 |  |  |  |  |
| 10/07/16 | 111 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Voided on 10/07/16 | 7990-000 |  | 0.90 | 29.00 |
| 10/07/16 | 111 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Voided: check issued on 10/07/16 | 7990-000 |  | -0.90 | 29.90 |
| 10/07/16 | 112 | Capital One Bank (USA) N.A. | Dividend paid 100% plus interest on claim 1 |  |  | 29.90 | 0.00 |
|  |  |  | 29.00 | 7990-000 |  |  | 0.00 |
|  |  |  | 0.90 | 7990-000 |  |  | 0.00 |
| 10/12/16 | 109 | BENDER, ROBERT J | Dividend paid 100.00% on $275,606.43; Claim# SURPLUS; Filed: $275,606.43; Reference: Voided: check issued on 10/07/16 | 8200-002 |  | -275,606.43 | 275,606.43 |
| 10/12/16 | 113 | Robert J. Bender and Marie A. Bender | Dividend paid 100.00% on $275,606.43; Claim# SURPLUS; Filed: $275,606.43; Reference: | 8200-002 |  | 275,606.43 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 304,868.50 | 304,868.50 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 0.00 | 0.00 |  |
|  |  |  | **Subtotal** |  | 304,868.50 | 304,868.50 |  |
|  |  |  | Less: Payments to Debtors |  |  | 275,606.43 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$304,868.50** | **$29,262.07** |  |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****546366** | 304,868.50 | 29,262.07 | 0.00 |
|  | $304,868.50 | $29,262.07 | $0.00 |

{} Asset reference(s)